In the Matter of the Application of MORRIS SHEFTMAN, Appellant, for an Order against JOHN L. RICE, Commissioner of Health, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of Proving the Last Will and Testament of LUCY WORTHAM JAMES, Deceased, as a Will of Real and Personal Property. In the Matter of the Application of FULTON TRUST COMPANY OF NEW YORK for the Appointment of a Temporary Administrator, etc., of LUCY WORTHAM JAMES, Deceased. FULTON TRUST COMPANY OF NEW YORK and Others, Petitioners, Respondents; WILLIAM ALFRED BOWLES, Appellant. CARROL A. MUCCIA, Special Guardian of BARBARA BAHR and RICHARD BAHR, Infants.— Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [167 Misc. 142.]

LINA PICTURES CORPORATION, Respondent, v. H. E. R. LABORATORIES, INC., GARRISON FILM DISTRIBUTORS, INC., and ALADDIN PICTURES CORPORATION, Appellants. (Action No. 1.) GUSTAVE SCHWAB, Respondent, v. H. E. R. LABORATORIES, INC., and Others, Appellants. (Action No. 2.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

RUBIN BROS. FOOTWEAR, INC., Appellant, v. SIDNEY FELDSTEIN, Doing Business under the Trade Name and Style of ATLANTIC LEATHER Co., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ALIX A. V. CILES, Respondent, v. ANTOINE CIER PLIKOVSKY, Also Known as MONSIEUR ANTOINE, Appellant.— Order, so far as appealed from, unanimously modified by setting the cause down for trial for the second Monday of the October, 1938, term, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

SAMUEL LANDA, an Infant, by ABRAHAM LANDA, His Guardian ad Litem, and ABRAHAM LANDA, Respondents, v. HILLIAR L. RHINE, Defendant, Impleaded with G. M. KETCHAM MFG. CORP., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER, Respondent, v. HAMILTON FIRE INSURANCE COMPANY, Appellant.— Order unanimously modified by striking out Items Second, Fourth and Fifth of the order appealed from, upon condition that the defendant shall limit the relief sought under its notice of motion, dated March 16, 1938, to the issuance of a commission on written interrogatories to Vienna, Austria; and as so modified affirmed, with twenty dollars costs and disbursements to the appellant; otherwise, in all respects affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.